**No. P68/189.**—Aloha Factors and American Customs Brokerage Co. et al. *v.* United States, protests 59/31726, etc. (Honolulu).

RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Iso peanuts, peanut crackers, and Japanese rice crackers similar in all material respects to those the subject of *Hilo Rice Mill Co., Ltd., American Customs Brokerage Company et al.* v. *United States* (52 CCPA 106, C.A.D. 866), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, APRIL 4, 1968

**No. P68/190.**—Mataichi Corp. *v.* United States, protests 61/24013, etc. (New York).

**No. P68/191.**—Marmax Trading Corp. *v.* United States, protests 64/25119, etc. (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of electrical tape, composed wholly or in chief value of vinyl material, similar in all material respects to that the subject of *Devon Tape Corp.* v. *United States* (57 Cust. Ct. 507, C.D. 2856), the claim of the plaintiffs was sustained.

**No. P68/192.**—The Durst Mfg. Co., Inc., et al. *v.* United States, protests 63/13693, etc. (New York).

FORD, J.   In accordance with stipulation of counsel that the items of merchandise marked "A" or "B" covered by the foregoing protests consist of strainers similar in all material respects to those the subject of *Davies, Turner & Company* v. *United States* (55 Cust. Ct. 488, Abstract 69651), and that the strainers marked "A" are in chief value of brass and the strainers marked "B" are in chief value of zinc, the claim of the plaintiffs was sustained.